UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x   MH 8329

ALICE NUSSBAUM,  
                          06 CV 1030 (CPS)

        Plaintiff,

  -against-                   **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

AEROVIAS DE MEXICO, S.A. DE C.V. D/B/A
AEROMEXICO,

        Defendant.
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the above-entitled action is hereby dismissed with prejudice and without costs and that an order may be entered to that effect without further notice to the parties.

Dated: New York, New York  
       June    , 2006

                                                        CONDON & FORSYTH LLP

_____  
Alice Nussbaum                              By_____  
Plaintiff *Pro Se*                                 Michael J. Holland (MH 8329)  
260 Vista Drive                                A Partner of the Firm  
Jericho, New York 11753                Attorneys for Defendant  
                                                        7 Times Square  
                                                        New York, New York 10036  
                                                        (212) 490-9100

SO ORDERED:

_____  
U.S.D.J.

7/20/06